THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL SAM MULE, Defendant-Appellant.

(No. 72-43; )

Second District—May 24, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Frank Wesolowski, Public Defender, of Wheaton, (Robert H. Heise, Deputy Public Defender, of counsel,) for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.